# REESE RICHMAN LLP

July 11, 2012

VIA ECF & Facsimile
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Phone: 631-712-5630
Fax: 631-712-5636

                Re:  **Juan Mendoza v. County of Nassau, et al.**
                     CV-11-2487 (SJF)(AKT)

Your Honor:

      As counsel for Plaintiff in the above-referenced federal civil rights action, I write to respectfully inform the Court that Defendants' fully-briefed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), including Plaintiff's cross-motion for leave to amend the complaint pursuant to Fed. R. Civ. P. 15(a), has been pending since approximately November 30, 2011. Defendants were consulted regarding this issue and do not object to this correspondence.

      Given that tomorrow—July 12, 2012—marks the fourth anniversary of the incident alleged in the complaint, Plaintiff is eager to proceed with his case and looks forward to receiving the Court's decision on the pending motion. Accordingly, if there is any information my office can provide to facilitate consideration thereof we would be pleased to oblige.

      I thank the Court for its time and attention to these matters.

                                                             Very truly yours,

                                                             /s/

                                                            Kim E. Richman
                                                           Attorney for Plaintiff
                                                            REESE RICHMAN LLP

cc:       By ECF & Facsimile
           Liora M. Ben-Sorek │ Andrew R. Scott
           Deputy County Attorneys
           COUNTY OF NASSAU OFFICE OF THE COUNTY ATTORNEY
           One West Street
           Mineola, New York 11501-4820
           Phone: 516-571-3056 │ Fax: 516-571-3058